IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| WILLIAM HENRY McDOWELL, PRO SE, § <br> TDCJ-CID No. 1153586, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> POTTER COUNTY DETENTION CENTER § <br> ET AL., § <br> § <br> Defendants. § | 2:03-CV-0381 |

## AMENDED ORDER ADOPTING FINDING OF FACT

The instant cause was remanded on May 2, 2007 to this Court for a determination of whether plaintiff delivered the notice of appeal in this cause to prison officials on or before January 10, 2007. On June 15, 2007, the Magistrate Judge, after considering the submissions on the issue, made the Finding of Fact that plaintiff deposited his Notice of Appeal into the internal mail system of the Estes Unit no sooner than January 15, 2007.

A clerical error is contained in the July 6, 2007 Order Adopting Finding of Fact, showing the wrong date on which the notice of appeal was found to have been mailed.

The Order Adopting Finding of Fact is hereby AMENDED to read as follows:

> This Court, therefore, does hereby ADOPT the Finding of Fact of the United States Magistrate Judge in this case that plaintiff deposited his Notice of Appeal into the internal mail system of the Estes Unit no sooner than January 15, 2007.

The Clerk will transmit a copy of this Order to the United States Court of Appeals for the Fifth Circuit in order to supplement the record on appeal in this cause.

IT IS SO ORDERED.

ENTERED this _____ day of July, 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE